UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

Plaintiff,

v.

TOM LOPEZ, et al.,

Defendants.

No. 2:25-cv-3033 TLN CSK P

ORDER

Plaintiff has filed his second request for an extension of time to file objections to the pending findings and recommendations, and to submit his amended complaint. Good cause appearing, the request will be granted. No further extensions of time will be granted.

In addition, plaintiff renews his request for a copy of his original complaint, noting that due to medication issues, he was unable to retain a copy of his complaint, and subsequently his legal property was lost. (ECF No. 25.) He claims that without a copy of the complaint, he will be unable to link the defendants to their involvement. (Id. at 1.) The court has determined that plaintiff's original complaint, which was scanned into the CM/ECF docket, remains on site. Therefore, the Clerk of the Court is directed to return plaintiff's original complaint to him. Plaintiff is reminded that he is "required to file his amended complaint on the Court's § 1983 complaint form, and the amended complaint may not exceed 20 pages." (ECF No. 10 at 5.)

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations accompanied by his amended complaint. No further extensions of time will be granted.

3. The Clerk of the Court is directed to return plaintiff's original complaint to him.

Dated: July 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/benn3033.36sec